MAY 30, 2015, 7 AM ᵒᵒ

FROM CELL OF OFFENDER GUTEENREZ, t.d.c.j # 1523604

HONORABLE, SANDEE B. MARION, CHIEF

CHIEF JUSTICE, FOURTH COURT OF APPEALS,

300 DOLOROSA, SUITE 3200

SAN ANTONIO, TEXAS 78205-3037

"FINAL NOTICE"
— COMPLAINT —
COURT OF APPEALS
OMMISSION MISCONDUCT.

(RE: FOURTH COURT OF APPEALS, # 04-08-00655-CR, MANIFEST INJUSTICE Abandonment Negligence findings.) PERMISSION TO LEAVE, AND SUBMIT CERTIFIED — (Tex V.C.C.P., Art 44.43) — WRIT OF ERROR, TO ESTABLISH Rules 33.1(a); 44.2(A)(C)(2)(3) Presumption Errors IN THE Absolute interest OF JUSTICE AND FAIRNESS ON VERIFIED 8TH AND 14TH Amendment Violations; See, Criminal Law — 1159.2(9); EX-PARTE TULEY and Elizondo, 109 SW3d 388; 947 SW2d 202, Established habeas Relief.

HONORABLE MARION:

New Comes, texas prisoner, Freddy Gutierrez, Appellant, Prose, and Seeks warranted Justice, fourth court Appeals Writ of Error review, for the below Statement, manifest injustice Bexar County State and Appeal Court findings.

At this Specific time, above offender, is unlawfully Confined At the Segovia unit, and has not been able to gain access to the ① unit Law Library to Cite Specific Appeal Court of Law Citations.

Offender has been "DENIED" the minimum (10) hrs per week to Complete Legal Court Assignments, and unfortunately has no Choice but to Complete Legal Assignments in the Cell-dorm window Ledge And 130° degree dorm heat, So bear with me, As i address Warranted fourth Court Appeal review relief issues.

MISLEADING CASE APPEAL HISTORY: TC # 2008-cr-1186, 290TH Bexar Co, All Questionable Certified fraudulent/ fabricated, City NM 954121 magistrate forged Rubber Stamp Court Charges, and State (Rubberstamp) Court indictment Records, were Attached to (M)# 11.07 Application, Cause NO. 2008-cr-118604, Address to the fourth Court of Appeals, for immediate Court of Appeals examination/ inspection, due to State habeas court tampering with (M) exculpatory evidence.

At best, (A), will only make specific Writ of error, Bexar County State court and Appeal Erroneous bias findings.

Footnote ① — Denied Computer Lexis access to courts relief.

(1 of 6)

BEXAR COUNTY STATE AND APPEAL Administration Misconduct.

AFFIDAVIT OF FACTS:

A. SPECIFIC, NOV 24, 2007, Fabricated, NM954121 DWI, CITY MAGISTRATE, Forged Rubber Stamp Court Charges, WITHOUT ANY CERTIFIED Probable cause, Criminal Complaint Accusations:

Specifically, ON or about, NOV 23, 2007, warrantless arrest incident, (B) — WAS transported to 401 S. Frio, City Magistrate detention Center, Process At 17:31PM AND placed in holding Cell① with Several other warrantless Arrestees. (B) is the only Arrestee Never Afforded any, Tex V.C.C.P. 15.17, Bond or Charge hearing for Sham fabricated and forged # NM954121; # NM954122 Charges;

NARRATIVE: All Verified, SHAM-forged-(Rubber Stamp)- City Magistrate Court Records # 1233938; 1233940; were Attached to Applicants 11.07 Application Cause No. 2008-CR-11504A, And Address to the fourth Court of Appeals, Since the State, Bexar County Habeas Courts. Continues to tamper AND Conceal favorable Habeas evidence Favorable Applicant herein this Appeal Complaint.

Historically, NO City Magistrate Court Commissioner Never issued Any certified Magistrate Arrest - Seizure - warrant court order for Sham # NM954121; NM954122, Fabricated Charges: Sham NM954121, DWI WAS fraudulently entered, NOV 24, 2007, under C/defendant DWI Charge into the bexar County Criminal Justice Court System, And fraudulently Assign to the 290TH district Court Cause No. 2008-CR-1150, entry cola.

IN ALL, Justice Throw, Arrestee Gutierrez, Should have been released within (48) hrs from the City Magistrate Courts, As Mandated Art 15.17, No Certified Magistrate Court Charges ever Administrated for Sham NM954121; 954122; Fabricated Charges. By a observed Corrupt former bexar County — district Attorney, Shaughnessy, SBN# 18134508. And later Appointed, April — 21, 2008, As My State court appointed Attorney to Conceal repeated Verified Complaints of Never being Afforded any bond or charge - Art 15.17 - hearings, NOV 23, 2007. All this occurred in retaliation for the Verified dismissal of Cause No. 2006-CR-7634, July, 07, And my failure to Abide to enforce (45) forty-five state (DA), Plea Agreement. furthermore, My Parolee # 1177492 identity was fraudulently Submitted to the TDCJ CJIS Authorities, Resulting, And Parolee Gutierrez # TDCJ No. 855709587, was received and Committed Saturday, NOV 24, 2007, back into the T.D.C.J; byrd Prison unit, Huntsville, Texas, while At All times, I was fraudulently imprisoned, As of Nov 24, 07, in the bexar County Jail, under fabricated # NMAR 954121; 954122 Charges.

MANIFEST BEXAR COUNTY STATE COURT AND APPEAL COURT INJUSTICES

Applicant hereby, ALSO Attached his Certified (FBI) # 853779E87 fingerprint/photo U.S. Records, Part 5, entry 16 and 17, to show cause of City and State court official Corruption, and State court official Oppression that has Lead to __90 mos. of False Imprisonment!__

Several Broken State Court Records Continue to be tampered with and will hold this whole court of Appeals Administration fully responsible under (28§ 241&242) State findings. (i.e., U.S. dept of Justice.)

"FORBIDDEN STATE COURT OFFICIAL CORRUPTION OPPRESSION"

B. Specific, 290TH Bexar County Court Malfeasance Corruption Injustices, Tampering with Applicants (11.07) Application Exhibits Attachments.

● Specifically, without any State Criminal Court Jurisdiction, (A) Appears for the very first time in the 290TH court for Arraignment Purposes, since being Arrested, NOV 23, 2007. 290TH State court Arraignment occured, 01-30-08, before honorable Mckee, without any Magistrate Court Charges or Arrest Warrant - Seizure - Affidavits for Sham NMBR 954121 - (A) defendant DWI Charge entry. (See, Cause No. 2008-CR-1157, entry 806, NOV 28, 2007.) (A) enters A not-guilty plea to Questionable NOV 24, 2007, DWI NMR 954121, (A) defendant, Sham Charges.

(A) Advices first Appointed Counsel, J. Neri, that Art. 15.17 never occured, while I waived in Magistrate Court Cell @, injuried, and to please investigate Alleg fraudulent Magistrate Court Charge entries, only to be mocked as insane. (A) is return to the Bexar County Jail without Any Certified Magistrate Court Charges or indictments.

● Specifically, 04-11-08, (A) is maliciously Appointed, Second Counsel, (Shaughnessy SBN# 18134500), After the dismissal of Counsel, Neri. (A) filed State bar grievance against Counsel Neri, And Also Cited Strickland Standard Violations on Court Record that Apparently, Aggravated Mckee, and discriminated future indigent defense, by the Malice Appointment of Corrupt Attorney, Shaughnessy, who was a Active County Appointed Magistrate, And positively identify at the City Magistrate NOV 24, 2007, holding Cell Area, in a white County issued Judges Robe. Mr. Shaughnessy is fully-responsible for my fraudulent forged Magistrate court Charge, Abduction. (See, Certified testimony, by Shaughnessy, to the State bar investigator # SBO 20080499, BOSA # 4535, Are the exact forged Magistrate court initials - @. See Also, 2008-CR-1186W2, 11.07 Court findings, Assert a Rolando Ramos Administrator Magistrate Court Warnings # NMR 954121; NMR 954122, never occured!

(3 of 6)

## "FOURTEENTH SIX AND 14TH AMENDMENT VIOLATIONS"

**(A) (UNDOCUMENTED COURT APPEARANCE):**

° Specifically, June 13, 2008, (D) is escorted to the 290TH Bexar County, from the Bexar County Jail, and presented before -(Retired)-Senior Judge, Pat Priest. (D) is bewildered, as Counsel Shaughnessy, encouraged (D) to plead guilty to Cause No. 2008-CR-1186 DWI, in exchange for eight (8) yr., State Court Plea Agreement. (D) rejected (8) yr., unauthorize Plea Agreement, since (D) never gave consent or advice of any State Plea Agreements.

A Charles Bunk, Bexar County (DA) was also present. Shaughnessy became very hostile and enraged, due to the refusal of (8) yr., State Plea Agreement, and asserted, I would regret this day or ~~offer~~ plea upon the return of, honorable Macrae, who apparently was a summer cruise vacation. Again, (D) is return back to the County Jail without any certified DWI charges or indictment grand Jury findings, Cause No. 2008-CR-1186, DWI Charge indictments. (BJ Mins. - 45008)

**(B) (UNBINDING PLEA AGREEMENT):** FRAUD 290TH PROBATION LEGAL ADVICE;

° Specifically, July 11, 2008, (D) is presented before, returned Honorable Macrae, and former Bexar County Prosecutor, Melisa Skinner[1], Cause No. 2006-CR-7634 case. Counsel Shaughnessy lied to (D) asserting that State (DA) office had made one-last Plea-bargain Agreement in exchange for My guilty Plea, (6) six months DWI Probation, Art. 42.12 Sec (13) — Eligibility Appointment, or face a Auto-matic -(Habitual)[2]-Life Sentence, at demanded Jury trial by (D). Unknown to (D) that NO -(DWI)-Probation was never recommended or made part of the above Certified 290TH State Court Record Admonishments. (D) under extreme duress, and duplicity was - (DECEIVED) - to plead guilty to a Non-existing DWI Probation Plea-bargain agreement, (D) never applied or qualified for any DWI Probation, or advice of any impact maximum -(REALTER)- enhance- ment (20) twenty year punishment. (RE: Tex V.C.C.P. Art. 26.13 (a)(1)(2) - Violations.) THE above actual 290TH State Court appearances are not mentioned to the Fourth Court of Appeals record, in order to promptly (CONCEAL) austere State trial Court miscarriage of Justice findings.

IN ALL TRUTH, (D) had no business in the Bexar County (290TH) district criminal Court, since NO certified Magistrate Court Charges existed for Share NMAG 954121 of defendant DWI charges that were fraudulently assign, Nov 24, 2007, to the 290TH district Court, As verified at entry 006, Cause No. 2008-CR-1184, Bexar County Criminal Court event Log. (i.e., Absolutely NO State Court Subject-Matter — Jurisdiction.)

Footnote (2): Fraudulent Habitual Enhancement Stamp Placement.

Footnote (1): Malicious Prosecution encouragement findings.

• Specifically, August 06, 2008, (D) re-appears in the (290TH) district Court for unlawful sentencing purposes. (D) advices counsel - Shaughnessy of being advice by a visiting S.H. Probation officer of several July 11, 2008, trial Court Probation admonishment discredit discrepancies concerning any type of DWI probation appointment. (D) present a hand-written, lay-man, prose, motion, seeking warranted dismissal of involuntary compel guilty plea, under the duplicity advice of counsel Shaughnessy. instantly counsel Shaughnessy immediately approached, 290TH court reporter, possibly to advice her to "strike" the court punishment record. Shaughnessy disappeared into the 290TH judges chambers, possibly to advice Maenne. Shortly after, (D) is called to the trial bench before Maenne, and a questionnaire silent present before (DA) Daryl-Harris, who was also possibly "aware" but keep silent for the unlawful State, cause no. 2008-CR-1186 judgement/sentence punishment court record.

Immediately (D) was unlawfully sentence to (20) Twenty years imprisonment on a fraudulent fabricated rubber-stamp court indictment without any sworn grand jury minute court - charge findings. As, (D), was being leg shackled out of the 290TH courtroom, (D) seek verbal permission for T.R.A.P. 25.2(A)-4 certification, due to the erroneous plea-bargain legal advice.

• Specifically, August 24, 2008, (D) immediately filed jurisdiction defect notice of appeal concerning T.R.A.P. R. 44.2, erroneous presumptions (C) 1-5 findings. Notice of appeal for jurisdictional defects never addressed. Apparent "notice" did not contain R. 25.2(4) amending notice of appeal, due to state 290TH egregious July 11, 2008, falsify plea-bargain, attorney information admonishments for cause no. 2008-CR-1186, compel "guilty" plea on falsified legal probation information. At the July 11, 2008, Pre-trial prose court hearing, (D) never qualified or applied for any type of Texas DWI probation, as falsely advice by malice appointed counsel Shaughnessy. (i.e., intentional legal malpractice and betrayal.)

• Specifically, August 25, 2008, Judge Maenne, unjustifiably appointed, A. Moore, as (D)'s appeal counsel, who was already aware before sentencing of (D)'s civic court fundamental injustice, initiated by former Bexar County (DA), M. Skinner, from cause no. 2006-CR-7634 dismissal, selective vindictive prosecution. (See July 11, 2008 notation.)

(5 of 13)

For said verified Reasons, R 44.2 (a)(b), Applicant hereby Demands immediate relief in the absolute interest of Justice and fairness, based on erroneous Fourth Court of Appeals information, And disbelief State 290th Court official Corruption findings, July 11, 2008.

Your sound mind Judgement and expertise of Appeal Laws is Sincerely Appreciated.

Respectfully Submitted

X _____
Unlawfully Confine, Texas
Prisoner # 1523604

CC: files., Texas-4-Public Justice Administration; Honorable S. B. Marion Fourth Court of Appeals. Court of Law eee W/ Attachments 2 pages

## UNLAWFUL DECLARATION
## — 2881746 —

Hereby, Unlawful Texas Prisoner, Gutierrez, tdcj # 1523604, Presently Confine At the Segovia Prison Unit, Hidalgo, TX, Attests All Fourth Court of Appeal Writ of Error State — ment of facts Are true and Correct, Under the Penalty Of Perjury.

Executed On the 3rd day of June, 2015.

X _____
Texas Prisoner
# 1523604, Gutierrez

② Offender Seeks Immediate Fourth Court of Appeals bench warrant to the Absolute interest of Justice And fairness, in violation of 8th And 14th State Court Appeal Violations.

Right Now, it is over 100° degrees in the Cell dorm And No more Cold water, please take that into that Consideration, (8th) Violations.

*WARRANTED* 44.2(a)(b) *Reversible Error Review*



COPY (See SCR 3.5)

(*MAIL PRO BONO*) (*PRO-SE*)

**Bexar County Appellate Public Defender's Office**
Heritage Plaza • 410 S. Main, Suite 214 • San Antonio, TX 78204
Phone (210) 335-0701 • Fax (210) 335-0707

September 30, 2008

FILE MARKED
NOT A FILED COPY

Fourth Court Of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

*6 pages, EXHIBITS )
WRIT OF ERROR
Attachments*

RE:   Jose Alberto Gutierrez v. State
      Court of Appeals No. 04-08-00655-CR
      Trial Court Case No. 2008-CR-1186

To The Honorable Court of Appeals:

<u>Relevant Facts</u>   *July 11, 2008 And June 13, 2008*

Appellant pleaded guilty to the offense of Driving While Intoxicated *3D/M* (repeater) in Cause No. 2008-CR-1186 on August 8, 2008 pursuant to a plea agreement with the State. Appellant was represented by attorney Edward F. Shaughnessy. Honorable Judge Sharon Macrae of the 290th District Court followed the State's recommendation and sentenced Mr. Gutierrez to twenty years in the Texas Department of Criminal Justice-Institutional Division (See attached Judgment and plea agreement).

On August 26, 2008, Appellant filed a Pro Se Notice of Appeal in Cause No. 2008-CR-1186. The notice did not contain the judge's certification of his right to appeal.

On August 28, 2008, Judge Macrae appointed the Bexar County Appellate Public Defender's Office to represent Mr. Gutierrez on appeal (order of appointment was received by the Public Defender's Office on August 28, 2008).

\* *missing endorsement, June 13, 2008, 290th Court appearance before (Retired) Pat-Priest to enforce (8)yr State plea bargin that was (Rejected) by Appellant Gutierrez.*

\* *missing, July 11, 2008, falsified plea-bargin Probation Legal advice information, Exchange for a Compel Guilty Plea, or face (Habitual) false endorsement Stamp, Auto-matic Life Sentence. (D) never meet the (Habitual) Stamp Statute.*

Page Two

*Questionable (Fraud)*

Conclusion *See: Shankle 119 SW3d 808, "Hargrove v. State"*

The undersigned attorney has reviewed the electronic judicial records of this case and can find no right of appeal for Appellant. Mr. Gutierrez pleaded guilty to the offense pursuant to a plea agreement with the State, and the judge followed the agreement when sentencing him. Therefore, in accordance with Rule 25.2 (a) (2) of the Texas Rules of Appellate Procedure, this court has no choice but to dismiss the appeal.

Respectfully submitted,

*"Plent #" "Forgery #"*

Angela J. Moore
Chief Appellate Public Defender

Enc.

cc: Judge Sharon Macrae
290th District Court
Cadena-Reeves Justice Center
300 Dolorosa
San Antonio, Texas 78205

District Attorney's Office – Appeals Section
Alan Battaglia, Chief

Mr. Jose Alberto Gutierrez
SID # 0534734
BC Adult Detention Center
200 N. Comal
San Antonio, Texas 78207

*Ⓧ Appellant was forced to plead guilty to Non-existing Rubber-Stamp Sham Bexar County indictments. No evidence or magistrate court charges exist to establish any 11-24-07 DWI charges # NMDA 954121e or was any July 11, 2008 DWI probation made part of the 290th State Court records ○○○ Appellant was severely served A Serious miscarriage of Justice to conceal Nov 24, 2007, City magistrate fraudulent charge entry Corruption ○○○ (18 USC § 241 § 242) findings!*

*Ⓑ See Also, June 2008, Letters from Angela Moore, who provided me A (11.07) Application to fill-out, due to verified State (290th) Bexar County Court official misconduct and Corruption findings. My Last Copies were recently attached to my pro se (PDR) brief (70,885,11) to the texas CCA ○ Through no fault towards pro se indigent Appellant, State and Appeal Courts have treated Appellant Gutierrez with ill-willed Contempt, on "plain error" Recognizable Appeal issues ○○○ (see Sept 12 and 16, 2008, Letter from Angela J. Moore, Habeas relief info.)*

***** Bexar County Criminal Justice Information System *****
- Event Log Display -

JN: 1270710   Juris Court: D290   Case Nbr: 2008CR1187    R S  DOB        LOC
SID: 0534734  Suff: 01  Name: GUTIERREZ, JOSE ALBERTO       L M 19690309  CLS
         Code  Date      Description       Qualifier    CNC Date   Term Oper

| | Code | Date | Description | Qualifier | CNC | Date | Term | Oper |
|---|---|---|---|---|---|---|---|---|
| 001 - | 1001 | 11232007 | FS 240407 THEFT $1500 TO $20,000 - VEH1 | | | 11242007 | A1BA | 30684 |
| 002 - | 1002 | 11232007 | COMPLAINT FILED | NM    954122 | 1 | 11242007 | A1BA | 30684 |
| 003 - | 1202 | 11232007 | BOND SET | 10000.00    00000001 | | 11242007 | A1BA | 30684 |
| 004 - | 1013 | 11232007 | DEF MAGISTRATED | | 1 | 11242007 | A1BA | 30684 |
| 005 - | 6300 | 11232007 | ER2 RECV FROM DPS | | 1 | 11252007 | BATC | SYST |
| 006 - | 1102 | 11242007 | CO-DEFENDANT NUM | NM954121 | 1 | 11242007 | A1BA | 30684 |
| 007 - | 1101 | 11242007 | BOOKED | B20076375802 | 1 | 11242007 | A1BA | 30684 |
| 008 - | 0102 | 11242007 | AWTG INDICTMENT | | 1 | 11242007 | A1BA | 30684 |
| 009 - | 6402 | 11242007 | Offender record sent to VINE12707100011 | | 1 | 11242007 | NATU | 30684 |
| 010 - | 6403 | 11242007 | Charge record sentto VINE    12707100011 | | 1 | 11242007 | NATU | 30684 |
| 011 - | 1401 | 11272007 | GI NUMBER ASSIGNEDGI482827 | | 1 | 11272007 | DAAF | 09551 |
| 012 - | 2545 | 11272007 | INTAKE DA | 00788656 | 1 | 11272007 | DAAF | 09551 |
| 013 - | 4100 | 12142007 | MOTION FOR APPOINTMENT OF ATTORNEY | | 1 | 12172007 | DCCH | 33222 |
| 014 - | 2502 | 12242007 | DEF ATTORNEY APP | 14915600 | 1 | 12242007 | SYS | SYS |
| 015 - | 4302 | 12242007 | ATTORNEY APPOINTEDV0939P2801 | | 1 | 01092008 | DCHD | 32505 |
| 016 - | 2066 | 12262007 | PRE-HEARING SET | D290 | 1 | 11262007 | DCNN | 30284 |
| 017 - | 2545 | 01042008 | INTAKE DA | 24045910 | 1 | 01072008 | DAAF | 09551 |
| 018 - | 2525 | 01102008 | DA INVESTIGATOR | 0711889 | 1 | 01102008 | DAAF | 09551 |
| 019 - | 2068 | 01302008 | PRE-HEARING RESET D290 | | 1 | 12282007 | DCH3 | 16155 |
| 020 - | 4100 | 01312008 | MT FOR WORK RELEASE | | 1 | 02012008 | KKC2 | 33213 |
| 021 - | 4100 | 01312008 | MT FOR EVID FAVOR TO DEFENDANT | | 1 | 02012008 | KKC2 | 33213 |
| 022 - | 4107 | 01312008 | MOTION TO SUPRESS EVID & ILLEGAL ARRST1 | | | 02012008 | KKC2 | 33213 |
| 023 - | 1003 | 02072008 | EHN-HABITUAL | | 1 | 02072008 | DY75 | 15043 |
| 024 - | 1431 | 02132008 | INDICTED BY GI | | 1 | 02132008 | KKA1 | 11804 |
| 025 - | 4301 | 02132008 | GRAND JURY REPORT V0944P2377 | | 1 | 02222008 | KKA1 | 11804 |
| 026 - | 1511 | 02132008 | DIST COURT ASSIGNDD290 2008CR1187 | | 1 | 02132008 | KKA1 | 11804 |
| 027 - | 6402 | 02132008 | Offender record sent to VINE12707100011 | | 1 | 02132008 | NATU | 11804 |
| 028 - | 6403 | 02132008 | Charge record sentto VINE    12707100011 | | 1 | 02132008 | NATU | 11804 |
| 029 - | 4343 | 02132008 | TRUE BILL INDCTMNTV0941P2540 | | 1 | 02192008 | KKA1 | 11804 |
| 030 - | 2001 | 02152008 | ARRAIGNMENT SET | | 1 | 02132008 | KKA1 | 11804 |
| 031 - | 0130 | 02152008 | AWTG TRIAL SETTING | | 1 | 02132008 | KKA1 | 11804 |
| 032 - | 4100 | 02262008 | MT TO QUASH INDICTMENT | | 1 | 02272008 | KKC2 | 33213 |
| 033 - | 4100 | 02262008 | MT TO PRODUCE GRAND JURY TESTY OF | | 1 | 02272008 | KKC2 | 33213 |
| 034 - | 4100 | 02262008 | WITNESS CROSS EXAMINATION | | 1 | 02272008 | KKC2 | 33213 |
| 035 - | 4100 | 03072008 | LETTER TO DC COURTFRM DEF | | 1 | 03102008 | KKC2 | 33213 |
| 036 - | 4105 | 03072008 | MOTION IN LIMINI   ENHANCEMENT COUNTS | | 1 | 03102008 | KKC2 | 33213 |
| 037 - | 4100 | 03072008 | W/ MT TO QUASH/DISMISS ENHANCEMENT | | 1 | 03102008 | KKC2 | 33213 |
| 038 - | 4100 | 04072008 | MTN FOR DISCV OF   EXCULP & MITIG EVID | | 1 | 04082008 | DCH3 | 16155 |
| 039 - | 4100 | 04072008 | MTN FOR DISCV OF   THE ARREST & CONVIC | | 1 | 04082008 | DCH3 | 16155 |
| 040 - | 4100 | 04072008 | MTN FOR DISCOVERY | | 1 | 04082008 | DCH3 | 16155 |
| 041 - | 4105 | 04072008 | MOTION IN LIMINI | | 1 | 04082008 | DCH3 | 16155 |
| 042 - | 2011 | 04182008 | TRIAL DATE SET | | 1 | 04102008 | DCH3 | 16155 |
| 043 - | 0104 | 04182008 | AWTG TRIAL | | 1 | 04102008 | DCH3 | 16155 |
| 044 - | 4106 | 04182008 | MOTION FOR CONTIN DEFT | | 1 | 04212008 | DCH3 | 16155 |
| 045 - | 4105 | 04182008 | MOTION IN LIMINI   CONCERN SPEAKNG OBJE1 | | | 04212008 | DCH3 | 16155 |
| 046 - | 4100 | 04182008 | MTN FOR DISCV OF   GRAND JURORS TRANS | | 1 | 04212008 | DCH3 | 16155 |
| 047 - | 4100 | 04182008 | DEFT RQST FOR ST'SNTC OF INTENT | | 1 | 04212008 | DCH3 | 16155 |
| 048 - | 4105 | 04182008 | MOTION IN LIMINI   PRIOR CONVICTIONS | | 1 | 04212008 | KF90 | 19186 |
| 049 - | 4100 | 04212008 | MTN W/DRAW AS COUNSEL | | 1 | 04212008 | DCH3 | 16155 |
| 050 - | 4300 | 04212008 | OG MTN W/DRAW | V0954P0124 | 1 | 05062008 | DCH3 | 16155 |
| 051 - | 2502 | 04212008 | DEF ATTORNEY APP | 18134500 | 1 | 04212008 | KF90 | 19186 |
| 052 - | 4302 | 04212008 | ATTORNEY APPOINTEDV0954P0123 | | 1 | 05062008 | DCH3 | 16155 |
| 053 - | 4100 | 04292008 | DEFT REQ/DEMAND COPY RECORDINGS ORAL | | 1 | 04292008 | KF90 | 19186 |
| 054 - | 4100 | 04292008 | STATEMNTS ATTRIBUTABLE TO DEFT | | 1 | 04292008 | KF90 | 19186 |
| 055 - | 4100 | 04292008 | MTN DISC EXCULPATORY&MITIGATING EVID | | 1 | 04292008 | KF90 | 19186 |
| 056 - | 4100 | 04292008 | DEFT REQ/DEMAND WRITTEN NTC EVID PROSE1 | | | 04292008 | KF90 | 19186 |
| 057 - | 4100 | 04292008 | CUTION INTENDS OFFER PUNISHMENT PHASE | | 1 | 04292008 | KF90 | 19186 |

4301 - REQUEST CERTIFICATE OF APPROVAL
(See GJ - 43)

058 - 4100 04292008 OF THE TRIAL           1 04292008 KF90 19186
059 - 4100 04292008 DEFT REQ/DEMAND WRITTEN NTC EVID PROSE1 04292008 KF90 19186
060 - 4100 04292008 CUTION INTENDS OFFER PURSUANT TO RULE 1 04292008 KF90 19186
061 - 4100 04292008 404           1 04292008 KF90 19186
062 - 4105 06092008 MOTION IN LIMINI   ENHANCEMENT COUNTS   1 06092008 DCCH 33597
063 - 4100 06092008 MT TO QUASH INDICTMENT PRO SE   1 06092008 DCCH 33597
064 - 2012 07112008 TRIAL DATE RESET   1 05162008 DCSK 32211
065 - 0104 07112008 AWTG TRIAL   1 05162008 DCSK 32211
066 - 4100 07112008 ST'S NTC OF INTENT   1 07102008 DCH3 16155
067 - 0165 07112008 TO BE DISMISSED   1 08052008 KF90 19186
068 - 0604 08062008 DSMD-DEF CONV OTHR   1 08062008 DCH3 16155
069 - 4306 08062008 DISMISSAL            V0966P1275   1 08222008 DCH3 16155
070 - 0199 08062008 CASE CLOSED   1 08062008 DCH3 16155
071 - 2547 08062008 OUTTAKE DA            24048538   1 08062008 DY72 30589
072 - 0210 08062008 CASE DISMISSED   1 08062008 A1B3 19295
073 - 4100 08262008 MT TO OBTAIN TRANSAND DES OF EXHIBITS 1 08272008 DCMF 33224
074 - 4100 08262008 DC LETTER TO COURT   1 08272008 DCMF 33224
075 - 4103 09182008 DC FILE TO ARCHIVE   1 09182008 DCH3 16155
076 - 1110 09192008 RELEASED FROM JAIL   0 09192008 A1B1 31794
077 - 6402 09192008 offender record sent to VINE12707100011 09192008 NATU 11804
078 - 0197 02072009 *** JN CLOSED ***   1 02072009 KBC7  BCIS
                     ***** End of List *****

Missing, Undocumented, June 13, 2008, 290TH State Court Appearance, before Retired State Judge Pat Priest and Charles Lewis.

(S) rejected (S) the State was barred on fraudulent Nov 24, 2007, Add-on co/defendant DWI NMAS 954121 Charges.

(D) Should have been release within 48 his from the city magistrate, since no city magistrate court commission arrest — Seizure — warrants were ordered or issued for Sham fabricated NMAS — 954121; 954122 charges entered by way of fraud into the Bexar County CJIS Criminal Court System and fraudulently assign to the 290TH Bexar County State Court without any Certified Magistrate Court Nov 24, 2007 Charges ooo



STATE OF TEXAS

COUNTY OF BEXAS

§

§

*Sworn Fraud Acknowledgement Bexas ⓞⓞⓞ*

**VERIFICATION**

Before me the undersigned authority, on this day appeared Edward F. Shaughnessy, III, who after being duly sworn avers and attests to the following:

My name is Edward F. Shaughnessy, SBN No. 18134500 I am licensed by the Texas Supreme Court to practice law in the State of Texas, and have been licensed continuously since October of 1981. In the spring of 2008 I was appointed to represent an individual by the name of Jose Gutierrez who was charged by way of an indictment with the offense of Driving While Intoxicated, third offense. The indictment also alleged that Gutierrez had been on two prior occasions been convicted of the felony offense of Driving While Intoxicated. Consequently, Gutierrez was facing the possibility of a life sentence as a habitual offender (chronic drunk driver). *NO Probable Cause On Criminal Complaint Charges!*

During the course of my conversations with my client it became very clear to me that he was in a state of denial as to the evidence that the State of Texas was capable of presenting if the case were to go to trial. He also was in a state of denial as to the legal consequences of the allegations in the indictment. I was eventually able to obtain an offer from the first-chair prosecutor in the 290th District Court that in exchange for the applicant's plea of guilty, he would recommend a sentence of eight (8) years in confinement in the Texas Department of Criminal Justice, Institutional Division. That offer was rejected by the applicant, against my advice, and was subsequently withdrawn by the District Attorney's Office. *June 13, 08  Court date*

The case ultimately was reset for purposes of a trial. The applicant was then set to be tried when the State made a second offer. On the day of trial the State of Texas offered and the applicant accepted an offer of a twenty (20) year "cap" wherein the applicant could apply for community supervision and the State could seek a sentence of twenty years. The plea was entered and the applicant applied for community supervision with a P.S.I. hearing scheduled. A pre-sentence report was created and a sentencing hearing was conducted. The applicant's application for community supervision was denied and he was sentenced to twenty (20) years by Judge Sharon MacRae in compliance with the plea bargain agreement. *July 11, 08  Court date*

At no time during my representation of the applicant did I advise him that the plea bargain was for six months of "drug treatment". The applicant was fully admonished by me as to the terms of the initial offer of 8 years. He was also fully admonished of the terms and consequences of the plea bargain that was ultimately accepted. Any claim that I advised him

**SUBJECT:** *State briefly the problem on which you desire assistance.*

HONORABLE MARION: (RE: t.d.c.j grievance # 2015148660) 06-02-15, 9am.

Please take into consideration the above grievance complaint, lately i have been intentionally harassed and denied access to court privileges, (i.e., use of unit law library & materials) to comply and effectively complete legal (active) assignments, and have been (Forced) to complete legal assignments in my unit dorm ② (G-Wing) cell window ledge. I am under extreme stress and heat frustration, due to the above denial of access to court Prison Privileges.

I would ask that, I be bench warranted back to Fourth Court of Appeals to honorable under oath Perfect # 04-08-00655cr.

Name: Jose Alberto Gutierrez   No: 1523604   Unit: Segovia Prison

Living Quarters: Cellbox C2-64   Work Assignment: MED SQ II

**DISPOSITION:** (Inmate will not write in this space)

P.S.! Just been inform at 10:22am by the Segovia unit Law Library Administrate C/o Barragan that i can not no longer use the stapler, unless you provide a court order to staple my Paper work to the courts.

(i.e., Absolute retaliation & harassment due to the above — 2015148660 — t.d.c.j grievance 000 )

☆I-60 (Rev. 11-90)

USA
FOREVER

Offender, Gutierrez #1523604, Jose
Segovin unit, Cellbox C2-64
1201 E. EL Cibolo Rd
Edinburg, TX. 78542 000

# 15236u

Honorable, Chief of Appeals,
Fourth Court of Appeals
Sandee B. Marzon, Chief
300 Dolorosa, Suite 3200
San Antonio, Texas
78205-3037

FILED
IN THE COURT OF APPEAL
AT SAN ANTONIO, TEXAS
2015 JUN -8 AM 11:33
KEITH E. HOTTLE, CLERK